McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Renee M. Maxfield
Nevada Bar No. 12814
  renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY DIEC, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY; I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>         Defendants. | Case No. 2:20-cv-00122-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Each party will bear their own costs and attorneys' fees.

2  DATED this 22 day of Feb, 2021

3  ERIC ROY LAW FIRM

5  By _____
   Michael T. Nixon, Nevada Bar No. 12839
6  703 South Eighth Street
   Las Vegas, Nevada 89101
7  Tel. (702) 423-3333

8  Attorneys for Plaintiff

10  DATED this 23 day of February, 2021

11  McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP

13  By _____
14  Wade M. Hansard, Nevada Bar No. 8104
    Jonathan W. Carlson, Nevada Bar No. 10536
15  Renee M. Maxfield, Nevada Bar No. 12814
    8337 West Sunset Road, Suite 350
16  Las Vegas, Nevada 89113
    Tel. (702) 949-1100

18  Attorneys for GEICO CASUALTY COMPANY

19  **ORDER**

20  IT IS SO ORDERED.

21  DATED this 24th day of February, 2021

24  _____
    UNITED STATES DISTRICT JUDGE

26  7340654.1

2    Case No. 2:20-cv-00122-APG-BNW
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE